UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CASE NO. 5:19-CV-00337-GFVT

**Jonas Perez Gamas**, **Plaintiff**;

v.

**Division 4 Construction LLC**, **Defendant**.

# NOTICE OF SERVICE OF PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION

Plaintiff, by undersigned counsel, hereby gives notice that he has served on counsel of record for Defendant Plaintiff's First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission on this the 29th day of August, 2019.

Respectfully submitted,

| /s/ Kevin Palley | /s/ Michael Barnett |
|---|---|
| KEVIN PALLEY | MICHAEL BARNETT |
| Kevin Palley, PSC | Barnett Law PLLC |
| 407 North Broadway | 271 West Short Street, Suite 102 |
| Lexington, Kentucky 40508-1301 | Lexington, Kentucky 40507 |
| (859) 268-1110 | (859) 215-3335 |
| kevinpalley@qx.net | michael@michaelbarnettlaw.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this document using the CM/ECF system on this the 29th day of August, 2019, which will send a true and correct copy to all counsel of record.

/s/ Michael Barnett
MICHAEL BARNETT
Barnett Law PLLC
271 West Short Street, Suite 102

Lexington, Kentucky 40507
(859) 215-3335
michael@michaelbarnettlaw.com
*Counsel for Plaintiff*