UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| JONAS PEREZ GAMAS )<br>)<br>)<br>PLAINTIFF )<br>vs. )<br>)<br>DIVISION 4 CONSTRUCTION, LLC )<br>)<br>)<br>DEFENDANT )<br>_____ ) | CASE NO.: 5:19-CV-337-GFVT |

## ORDER

Plaintiff Jonas Perez Gamas, by and through counsel, and Defendant Division 4 Construction, LLC ("Division 4"), by and through counsel, having requested that the Court grant a short extension with regard to the written discovery deadline and otherwise being in agreement;

IT IS HEREBY ORDERED that the written discovery deadline be extended to February 10, 2020. No other deadlines shall be affected by the entry of this Order.

Entered this 21st day of January, 2020.



Signed By:
Matthew A. Stinnett  MAS
United States Magistrate Judge